# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2876
_____

FREDERICK N. WILSON, JR.,
FREDERICK N. WILSON, and GINA
R. WILSON,

   Appellants,

   v.

TIMMY W. CREWS,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

August 7, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellants.

William J. Scott of William J. Scott, P.A., Eric S. Block of Eric S. Block, P.A., and Bryan S. Gowdy of Creed & Gowdy, P.A., Jacksonville, for Appellee.